1  CHRISTOPHER HAYDN-MYER, Bar #176333
   717 K Street, Suite 231
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3  Fax: (916) 315-9296

4

5  Attorney for Defendant
   MARCOS MENDEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,   )   CR. NO. S-04-0379 MCE
                               )
13             Plaintiff,      )   STIPULATION; [PROPOSED] ORDER
                               )
14     v.                      )   Date: April 26, 2005
                               )   Time: 8:30 a.m.
15 MARCOS MENDEZ,              )   Hon.  Morrison C. England, Jr.
                               )
16             Defendant.      )
                               )
17 _____)

18

19      Defendant, Marcos Mendez, through Christopher Haydn-Myer, Attorney
20 At Law, and the United States of America, through Assistant U.S.
21 Attorney Phillip A. Talbert, agree as follows:
22      It is agreed that the current Status Conference date of April 26,
23 2005 be vacated and a new Status Conference date of May 24, 2005 be
24 set.
25      The continuance is necessary because six of the tapes delivered in
26 discovery were recorded at a speed that is impossible for the
27 interpreter to both interpret and transcribe.  The defense and
28 prosecution have discussed the matter in detail, and the prosecution is

1  making all of the necessary steps to contact the responsible agencies
2  and have the tapes recorded at the proper speed.  Most of the tapes
3  have been re-recorded at the correct speed, but at least one and
4  possibly two of the tapes need to be re-recorded.  The tapes are
5  essential to the case for the defense.
6      For all of these reasons, the parties jointly request a new status
7  conference date, and that the time period from April 26, 2005, to and
8  including May 24, 2005 be excluded under the Speedy Trial Act pursuant
9  to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense
10 preparation and based on a finding by the Court that the ends of
11 justice served by granting a continuance outweigh the best interest of
12 the public and defendant in a speedy trial.

14 Dated: April 25, 2005

15                                     Respectfully submitted,

16                                     /s/ Christopher Haydn-Myer

17                                     _____
                                       CHRISTOPHER HAYDN-MYER
                                       Attorney for Defendant
18                                     Marcos Mendez

19
20 DATED: April 25, 2005              /S/ Chris Haydn-Myer for
                                       PHILLIP A. TALBERT
                                       Assistant U.S. Attorney

22                          **ORDER**

23 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

24  DATED: May 2, 2005

27                                     _____
                                       MORRISON C. ENGLAND, JR
28                                     UNITED STATES DISTRICT JUDGE

2