CHRISTOPHER HAYDN-MYER, Bar #176333
717 K Street, Suite 231
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 315-9296

Attorney for Defendant
MARCOS MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-04-0379 MCE |
| Plaintiff, | ) STIPULATION; [PROPOSED] ORDER |
| v. | ) Date: None |
| | ) Time: None |
| MARCOS MENDEZ, | ) |
| Defendant. | ) |
| _____ | ) |

   Defendant, Marcos Mendez, was to be released pending the posting of the following three residential properties as bond: 1472 Live Oak Boulevard, Yuba City, California, with an amount of $75,000.00 in equity; 379 Ohio St., Gridley, California, with an amount of $25,000.00 in equity; and, 29 West Florimond Dr., #A, Colusa, CA, with an amount of $25,000.00 in equity.  Mr. Mendez successfully posted the properties as bond and was released.

   Defendant, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

1    Mr. Mendez and his wife, Lorena Mendez, may sell the residential
2 property located at 1472 Live Oak Boulevard, Yuba City, as long as
3 $75,000.00 in equity is transferred to the lending agency that holds
4 the note for the residential property located at 379 Ohio St., Gridley,
5 California within 72 hours of the close of escrow and the transfer of
6 the check for the amount of the sale to Mr. Mendez.  Thus, upon 72
7 hours after the receipt of the payment for the sale of the residential
8 property, the $75,000.00 in equity will be added to the current
9 $25,000.00 in equity at the residence located at 379 Ohio St., Gridley,
10 California for a total amount of $100,000.00 in equity in that
11 property.

14 Dated: May 18, 2005

                                        Respectfully submitted,

                                        /s/ Christopher Haydn-Myer
                                        _____
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        Marcos Mendez

DATED: May 18, 2005                     /S/ Christopher Haydn-Myer for
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: 5/23/05
                                        /s/ Gregory G. Hollows
                                        _____
                                        United States Magistrate Judge

mendez379.ord05

2