```
CHRISTOPHER HAYDN-MYER, Bar #176333
1418 20th Street, First Floor
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 503-1806


Attorney for Defendant
MARCOS MENDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-0379 MCE |
| ) | |
| Plaintiff, ) | STIPULATION; [PROPOSED] ORDER |
| ) | |
| v. ) | Date: August 30, 2005 |
| ) | Time: 8:30 a.m. |
| MARCOS MENDEZ, ) | Hon.  Morrison C. England, Jr. |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

     Defendant, Marcos Mendez, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

     It is agreed that the current Status Conference date of August 30, 2005 be vacated and a new Status Conference date of September 20, 2005 be set.

     The continuance is necessary because the defense received several transcripts from the prosecution.  In two of the transcripts the defendant is alleged to have negotiated the methamphetamine transaction

///

1 that is the foundation for the indictment. The defense does not have
2 the tape recordings of the two transactions.
3   The defense and prosecution have discussed the matter in detail,
4 and the prosecution is making all of the necessary steps to obtain the
5 tape recordings.
6   For all of these reasons, the parties jointly request a new status
7 conference date, and that the time period from August 30, 2005, to and
8 including September 20, 2005 be excluded under the Speedy Trial Act
9 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense
10 preparation and based on a finding by the Court that the ends of
11 justice served by granting a continuance outweigh the best interest of
12 the public and defendant in a speedy trial.
13
14 Dated: August 25, 2005
15                                         Respectfully submitted,
16                                         /s/ Christopher Haydn-Myer
17                                         _____
                                            CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant
18                                         Marcos Mendez
19
20 DATED: August 26, 2005              /S/ Chris Haydn-Myer for
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney
21
22                                   **ORDER**
23 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
24 DATED: August 30, 2005
25
26
27                                  _____
                                     MORRISON C. ENGLAND, JR
28                                   UNITED STATES DISTRICT JUDGE

2