1 | ROBERT W. LYONS (CABN 45548)
LAW OFFICES OF ROBERT W. LYONS
2 | 295 WEST WINTON AVENUE
HAYWARD, CA 94544
3 | Telephone: 510-782-6161
Facsimile: 510-782-3519



MAY 1 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:04-cr-00379-MCE |
| Plaintiff, | NOTICE OF MOTION FOR SUBSTITUTION OF ATTORNEY |
| vs. | |
| MARCOS MENDEZ, | DATE: May 16, 2006<br>TIME: 8:30 a.m. |
| Defendant | |

TO CHRISTOPHER HAYDN-MEYER, ATTORNEY AT LAW:

PLEASE TAKE NOTICE that on May 16, 2006, at the hour of 8:30 a.m. or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Judge England, of the above-entitled court, the defendant will move for an order substituting Robert W. Lyons, attorney at Law, as his attorney, in place and instead of Christopher Haydn-Myer, Attorney at Law.

The motion will be made on the grounds that the defendant no longer desires to have Christopher Haydn-Myer act as his attorney.

Dated: 5/16/06

_____
ROBERT W. LYONS
ATTORNEY AT LAW

NOTICE OF MOTION FOR SUBSTITUTION OF ATTORNEY - 1

```
1  ROBERT W. LYONS (CABN 45548)
   LAW OFFICES OF ROBERT W. LYONS
2  295 WEST WINTON AVENUE
   HAYWARD, CA 94544
3  Telephone: 510-782-6161
   Facsimile: 510-782-3519
4
```

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7                              SACRAMENTO

8

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | Case No.: 2:04-cr-00379-MCE |
| 10             Plaintiff, | SUBSTITUTION OF ATTORNEY-CONSENT |
| 11        vs. | |
| 12  MARCOS MENDEZ, | |
| 13             Defendant | |

14  Robert W. Lyons, Attorney at Law, is hereby substituted as attorney for the defendant in place and instead of

15  Christopher Haydn-Myer, Attorney at Law.

16  Dated: 05/12/06

17

18  _____
    Marcos Mendez
19  Defendant

20  I consent to the above substitution.
    Dated: 5/15/06
21
    _____
22  Christopher Haydn-Myer
    I consent to the above substitution.
23
    Dated: 5/12/06
24
    _____
25  Robert W. Lyons

SUBSTITUTION OF ATTORNEY-CONSENT - 1

1 | ROBERT W. LYONS (CABN 45548)
LAW OFFICES OF ROBERT W. LYONS
2 | 295 WEST WINTON AVENUE
HAYWARD, CA 94544
3 | Telephone: 510-782-6161
Facsimile: 510-782-3519
4



MAY 16 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

5 UNITED STATES DISTRICT COURT

6 EASTERN DISTRICT OF CALIFORNIA

7 SACRAMENTO

9 | UNITED STATES OF AMERICA,          Case No.: 2:04-cr-00379-MCE

10 |         Plaintiff,                [PROPOSED] ORDER FOR SUBSTITUTION
                                       OF ATTORNEY
11 |    vs.

12 | MARCOS MENDEZ,

13 |         Defendant

14      Upon the motion of Defendant herein, and good cause appearing therefor, it is hereby

15 ordered that Robert W. Lyons, Attorney at Law, be substituted in place and instead of

16 Christopher Haydn-Meyer, Attorney at Law, as attorney for defendant.

17 Dated: 5/16/06

18
19 _____
United States District Judge
20 **MORRISON C. ENGLAND, JR.**

ORDER FOR SUBSTITUION OF ATTORNEY - 1