McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:04-cr-379-MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| MARCOS MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Marcos Mendez, through his attorney Robert W. Lyons, as follows:

It is agreed that the current Status Conference date of July 18, 2006 be vacated and a new Status Conference date of September 12, 2006 at 8:30 a.m. be set.

The continuance of the status conference is necessary because the parties are in negotiations toward a possible resolution of the case, and the defendant's attorney needs time to discuss the ongoing negotiations with the defendant and to review with the defendant the discovery produced by the government.

///

1

1       Accordingly, the parties jointly request a new status
2  conference date of September 12, 2006, and that the time period from
3  July 18, 2006, to and including September 12, 2006 be excluded under
4  the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and
5  Local Code T4 for defense preparation and based on a finding by the
6  Court that the ends of justice served by granting a continuance
7  outweigh the best interest of the public and defendant in a speedy
8  trial.

Respectfully submitted,

Dated: July 14, 2006                 /s/Robert W. Lyons
                                    ROBERT W. LYONS
                                    Attorney for Defendant
                                    MARCOS MENDEZ
                                  By PAT per telephone authorization

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: July 14, 2006                 /s/Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2