```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No.2:04-cr-0379-MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MARCOS MENDEZ, ) | |
| Defendant. ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Marcos Mendez, through his attorney Robert W. Lyons, as follows:

It is agreed that the current Status Conference date of October 24, 2006 be vacated and a new Status Conference date of December 5, 2006 at 8:30 a.m. be set.

The continuance of the status conference is necessary because the parties are in negotiations toward a possible resolution of the case, and the defendant's attorney needs additional time to discuss the ongoing negotiations with the defendant, to review with the defendant the discovery produced by the government, and to provide additional information to the government.

1

1   Accordingly, the parties jointly request a new status
2 conference date of December 5, 2006, and that the time period from
3 October 24, 2006, to and including December 5, 2006 be excluded
4 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)
5 and Local Code T4 for defense preparation and based on a finding by
6 the Court that the ends of justice served by granting a continuance
7 outweigh the best interest of the public and defendant in a speedy
8 trial.

Respectfully submitted,

Dated: October 23, 2006         /s/Robert W. Lyons
                                ROBERT W. LYONS
                                Attorney for Defendant
                                MARCOS MENDEZ
                                By PAT per telephone authorization

                                McGREGOR W. SCOTT
                                United States Attorney

Dated: October 23, 2006         /s/Phillip A. Talbert
                                PHILLIP A. TALBERT
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE