McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-cr-0379-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MARCOS MENDEZ, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Marcos Mendez, through his attorney Robert W. Lyons, as follows:

It is agreed that the current Status Conference date of December 5, 2006 be vacated and a new Status Conference date of December 12, 2006 at 8:30 a.m. be set.

The continuance of the status conference is necessary because the parties are in negotiations toward a possible resolution of the case, and the defendant's attorney needs additional time to discuss the ongoing negotiations with the defendant, and to review with the

1

1  defendant a proposed written plea agreement.
2      Accordingly, the parties jointly request a new status
3  conference date of December 12, 2006, and that the time period from
4  December 5, 2006, to and including December 12, 2006 be excluded
5  under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)
6  and Local Code T4 for defense preparation and based on a finding by
7  the Court that the ends of justice served by granting a continuance
8  outweigh the best interest of the public and defendant in a speedy
9  trial.

Respectfully submitted,

Dated: December 4, 2006          /s/Robert W. Lyons
                                 ROBERT W. LYONS
                                 Attorney for Defendant
                                 MARCOS MENDEZ
                              By PAT per telephone authorization


                                 McGREGOR W. SCOTT
                                 United States Attorney

Dated: December 4, 2006          /s/Phillip A. Talbert
                                 PHILLIP A. TALBERT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: December 4, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE