McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> MARCOS MENDEZ,                   )<br>                                  )<br>            Defendant.            )<br> _____) | CR. No. 2:04-cr-379-MCE<br><br><u>STIPULATION AND ORDER</u> |

   It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Marcos Mendez, through his attorney Robert W. Lyons, as follows:

   The parties appeared at a Status Conference on December 12, 2006 at 8:30 a.m. and advised the Court that a change of plea was anticipated but that the defendant needed to have a court certified interpreter read the written plea agreement to him in Spanish. Following the status conference, the parties requested that the Court's Deputy Clerk set a new Status Conference date of January 16, 2007 at 10:00 a.m. for entry of a change of plea pursuant to the

written plea agreement. The date requested was selected in part because of conflicts in the defendant's attorney's schedule made him unavailable on other possible interim court dates that the Court has scheduled its criminal calendar and in part because the defendant's attorney needs to prepare the defendant for his entry of change of plea.

The parties formally repeat the request that the new Status Conference date be set for January 16, 2007 at 10 a.m. for entry of change of plea. The setting of the status conference on that date is necessary because the parties have reached a written plea agreement, the defendant's attorney needs additional time to prepare the defendant to enter his change of plea, and the defendant's attorney is available on that new date.

Accordingly, the parties jointly request a new status conference date of January 16, 2007, at 10 a.m. for a change of plea, and that the time period from December 12, 2006, to and including January 16, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: December 13, 2006        /s/Robert W. Lyons
                                ROBERT W. LYONS
                                Attorney for Defendant
                                MARCOS MENDEZ
                                By PAT per in-person authorization


                                McGREGOR W. SCOTT
                                United States Attorney

1 | Dated: December 13, 2006                    /s/Phillip A. Talbert
2 |                                              PHILLIP A. TALBERT
  |                                              Assistant U.S. Attorney
3 |                                              Attorney for Plaintiff
4
5
6 |                          **ORDER**
7 | FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
8 | Dated: December 13, 2006
9
10
11 | _____
   | MORRISON C. ENGLAND, JR.
12 | UNITED STATES DISTRICT JUDGE