LAWRENCE G. BROWN
Acting United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:04-CR-00379 MCE |
| Plaintiff, | STIPULATION AND ORDER VACATING STATUS CONFERENCE AND SETTING CASE FOR JUDGMENT AND SENTENCING |
| v. | |
| MARCOS MENDEZ, | DATE: April 2, 2009 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

The parties request that the Status Conference currently set for April 2, 2009, be vacated and that the case be set for Judgment and Sentencing on July 2, 2009, at 9:00 a.m. before the Honorable Morrison C. England, Jr.  The presentence report in this case has already been filed.  The parties request the following schedule be set:

///
///
///
///
///
///

1

Judgment and Sentencing date:      July 2, 2009

Motion for correction of the Pre-
Sentencing Report to be filed
with the Court and served on
the Probation Officer:             June 25, 2009

    Defense counsel has authorized the prosecutor to sign this
stipulation on his behalf.

DATED: March 30, 2009         LAWRENCE G. BROWN
                              Acting United States Attorney


                         By:  /s/ PHILLIP A. TALBERT
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney
                              Chief of Appeals



                              /s/ PHILLIP A. TALBERT for
                              ROBERT LYONS, Esq.
                              Counsel for Marcos Mendez




                              ORDER

    IT IS HEREBY ORDERED that the Status Conference currently set
for April 2, 2009, is vacated.  IT IS FURTHER ORDERED that this case
be set for Judgment and Sentencing on July 2, 2009, at 9:00 a.m.  Any
motion for correction of the Pre-Sentence Report is to be filed with
the Court and served on the probation officer by June 26, 2009.

 Dated: March 31, 2009


                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE




                                  2