UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,                              No. 2:04-cr-00379-MCE

          Plaintiff,

     v.                                 **ORDER REGARDING SENTENCING
                                        MEMORANDA**

MARCOS MENDEZ,

          Defendant.
_____/

     If any party wishes to file a sentencing memorandum in
advance of imposition of judgment and sentencing, said
memorandum shall be filed on or before 5:00 p.m., seven (7)
calendar days in advance of the date set for judgment and
sentencing.  Any response thereto shall be filed on or
before 3:00 p.m., (3) calendar days in advance of the date
set for judgment and sentencing.  The parties are cautioned
that if any sentencing memoranda is filed late, the judgment
and sentencing date may be vacated and the matter continued.

     IT IS SO ORDERED.

 Dated: September 7, 2010

                          _____
                          MORRISON C. ENGLAND, JR.
                          UNITED STATES DISTRICT JUDGE