HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARCOS MENDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCOS MENDEZ,<br><br>Defendant. | No. Cr. S 04-379 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |

Defendant, MARCOS MENDEZ by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 21, 2010, this Court sentenced Mr. Mendez to a term of 72 months imprisonment;

3. His total offense level was 31, his criminal history category was II, the resulting guideline range was 121 to 151 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Mendez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Mendez's total offense level has been reduced from 31 to 29, and his amended guideline range is 97 to 121 months; a reduction comparable to the one received at the initial sentencing would produce a term of 58 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Mendez's term of imprisonment to a total term of 58 months.

Respectfully submitted,

Dated:  December 22, 2014                    Dated:   December 22, 2014

BENJAMIN B. WAGNER                           HEATHER E. WILLIAMS
United States Attorney                       Federal Defender


 /s/ *Jason Hitt*                             /s/ *David M. Porter*
JASON HITT                                   DAVID M. PORTER
Assistant U.S. Attorney                      Assistant Federal Defender

Attorney for Plaintiff                       Attorney for Defendant
UNITED STATES OF AMERICA                     MARCOS MENDEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Mendez is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 97 to 121 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 58 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2010 is reduced to a term of 58 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Mendez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT