AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:04-cr-00379-MCE   Document 96   Filed 01/12/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the

Eastern   District of   California

United States of America

v.

MARCOS MENDEZ

)
)
)
)
)
)
)

Case No:   2:04CR00379-01 MCE

USM No:   15394-097

Date of Original Judgment:   10/21/2010
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   72   months **is reduced to**   58 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/02/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/12/2015

*Judge's signature*

Effective Date:   11/01/2014
*(if different from order date)*

Morrison C. England, Jr., United States District Judge
*Printed name and title*